**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7016**

GARRY DAVID GALLARDO,

           Petitioner - Appellant,

    v.

R. HUDGINS, Warden, FCI Gilmer,

           Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:20-cv-00020-JPB-JPM)

Submitted:  June 3, 2021                Decided:  August 10, 2021

Before DIAZ and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Garry David Gallardo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garry David Gallardo, a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition without prejudice for lack of jurisdiction and denying reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gallardo v. Hudgins*, No. 5:20-cv-00020-JPB-JPM (N.D.W. Va. Apr. 29, 2020; Mar. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the notice of appeal was received by the district court after expiration of the appeal period, Gallardo has provided this Court a declaration under penalty of perjury that he gave his notice of appeal to prison officials for mailing before the period expired. *See* Fed. R. App. P. 4(c)(1)(B). Accordingly, we have jurisdiction over the appeal.